UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In re:  Beatrice Lui

                                Debtor(s)   /

Case Number: 12-55239 SLJ
Chapter: 13
BAP Number: NC13-1037

*FILED APR 25 2013 CLERK, United States Bankruptcy Court, San Jose, California*

### CERTIFICATE OF RECORD

The undersigned deputy clerk of the U. S. Bankruptcy Court hereby certifies that the record on appeal is complete and ready for transmission. The Designation of Record and Statement of Issues have been filed. The status of the transcripts are as follows:

[ x ]  All transcript(s) requested by either the Appellant or Appellee have been filed with this Court.

[ ]  No transcripts were requested by either the Appellant or Appellee.

The U. S. Bankruptcy Court will provide the record on appeal upon request from the Clerk of the Bankruptcy Appellate Panel.

                                                    Gloria L. Franklin, Clerk
                                                    United States Bankruptcy Court

Dated: April 25, 2013                       By:  /S/ Janet Dustin
                                                           Janet Dustin, Deputy Clerk